RUTHER
v
DANA NESSEL

FILED - LN
August 11, 2020 10:24 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: clw / SCANNED BY: /cw8/11

NEW
1:20-cv-747
Robert J. Jonker, Chief United States District Judge

SUIT 1791 US 5,7,8, 1868 VS 14
ERROR SCHNIDER WRONG NAME
SUMMON NESSEL IS NAME 525 OTTAWA ST
PO 30212 LANSING MI 48909

1. JAMES CAT, PAY MI ATTY STEAL
$120,000 — CONTRACT TO I
CLASS ACTION
MI HAS ALL RECORDS
2. SUBPOENA NESSEL RECORDS OF CONTRACT.
3. DO PHONE HEARING 7-20-20
4. 1791 US 7 SUER DO JURY TRIAL
30 DAY OF START SUIT
5. 1868 US 14 EQUAL PROTECT LAW TO
US PRESIDENT DO JURY TRIAL, IS
US CORPORATION CONTRACTOR
PRINT CONTRACT COST + 40%
ALL ACTS.

RUTHER 7439 COLTON LN MANAS VA
20109
571 285 7541  571 285 7541

